# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| VICTORIA TURNER, Individually and as Representative for K.C. Wicks, Jr., deceased, *et al.*, | ) ) ) ) Case No. 4:17-CV-01525-AGF |
| Plaintiffs, | ) ) ) |
| v. | ) **JURY TRIAL DEMANDED** ) **ON ALL COUNTS** |
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; BOEHRINGER INGELHEIM INTERNATIONAL GMBH; BOEHRINGER INGELHEIM ROXANE, INC.; BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG; and BIDACHEM S.P.A., | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

## STIPULATION OF DISMISSAL

Come now, Plaintiff Victoria Turner, individually and as representative for K.C. Wicks, Jr. and Plaintiff Clark Jenkins, (the only two remaining Plaintiffs in this action) and Defendants, and stipulate pursuant to F.R.C.P. 41(a)(1)(A)(ii) to dismissal of the claims of Plaintiffs K.C. Wicks, Jr. and Plaintiff Clark Jenkins, without prejudice, against all Defendants.  All parties agree to the stipulation, with the above-stated conditions, and ask that costs be taxed as paid.

Respectfully Submitted,

THE DRISCOLL FIRM, P.C.

/s/  John J. Driscoll
John J. Driscoll, #54729 MO
The Driscoll Firm, P.C.
One Metropolitan Square
211 North Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232 – Telephone
314-932-3233 – Facsimile
john@thedriscollfirm.com

*Attorney for the Plaintiffs*


and

BRYAN CAVE LLP

By: */s/ Stefan A. Mallen* (with consent)
Dan H. Ball, #27227MO
Bettina J. Strauss, #44629MO
Stefan A. Mallen, #51868MO
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020
dhball@bryancave.com
bjstrauss@bryancave.com
samallen@bryancave.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2017, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.


*/s/ John J. Driscoll*